# New Complaint

March 6, 2022 I was arrest for Murder in Ramsey County. May 30th ADC's Public Nurse Christine Satriano inappropriate talk with me. Through out the month of June ADC's Nurse Satriano would pass letters which were sexural explicit During Med Run ADC's Nurse also Gave me Medication I was not Perscribed Daily. July 1st Through letters and Jail Calls ADC's Nurse Satriano Promise to Bail me out and make Monthly Payments to my attorney if I made her Happy. July 3rd to 7th During Med Pass ADC's Nurse Satriano instructed me to have my shirt Open so she could see my chest also directed me to make sure my Penis was fully erected. On multiple Occassions Groped and fondled my Penis. ADC's Nurse Satriano was arrested on 7-13-2022 by St. Paul Police and interviewed where ADC's Nurse Confessed to touching my Penis and giving me unauthorizeds medication and Putting money on my books. ADC's Nurse Satriano was charged with Aiding an Offender. This situation had extensive media Coverage which portrayed me as a manipulator but not the pria Victim that I am. On 7-13-2023 I was immediatly transported to OakPark Height, due to Pending charges where I was attacked by Inmates.

8-9-2023 I arrived Back at Ramsey ADC I got cruel treatment as I was sent to solitary confinement by Sgt Deleese placed on "special Housing" with no privleges. I feel I am entittled to 8 Million dollars due to mental and emotional stress and the hardship I have been put thur all of the pain and Suffering and relief that this never happen again. I am a Pria Victim who has gotten Violated

Signed Plaintiff: [signature]

Defendant: Ramsey county ADC ;
         Ramsey county ADC's
         Nurse Christine Satriano