DeLaQuay Williams
425 Grove St
St. Paul, MN 55101

RECEIVED BY MAIL
JUL 01 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUL -1 2024 LT
U.S. DISTRICT COURT MPLS

Deposit funds at
www.inmatecanteen.com
SAINT PAUL MN 550
24 JUN 2024 PM 2 L

US POSTAGE PITNEY BOWES
ZIP 54022   $000.64
02 4W
0000359603

Diana E Murphy
U.S Courthouse 300 South
Forth Street Suite 202
Minneapolis, MN 55415