UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DeLaQuay Williams, | Case No. 24-cv-2618 (KMM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Christine Satriano, in her personal and official capacities, | |
| Defendant. | |

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff DeLaQuay Williams's applications to proceed *in forma pauperis* of (ECF Nos. [3] & [7] are **GRANTED**.

2. Mr. Williams must submit a properly completed Marshal Service Form (Form USM-285) for Defendant Christine Satriano by **October 16, 2024**. If Mr. Williams does not complete and return the Marshal Service Forms by that date, the Court will recommend that this matter be dismissed without prejudice for failure to prosecute. The Cour twill provide a Marshal Service Form to Mr. Williams.

3. Upon receipt of the completed Marshal Service Form, the Court directs the Clerk of Court to seek waiver of service from Defendant Christine Satriano in her personal capacity, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If Defendant Christine Satriano fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon her the expenses later incurred in effecting service of process. Absent a showing of

good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

5. The Court directs the U.S. Marshals Service to effect service of process on Defendant Christine Satriano in her official capacity as an agent of Ramsey County, Minnesota, consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

6. Mr. Williams must pay the unpaid balance ($122.16) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Mr. Williams is confined.

7. Mr. Williams's motion to amend the complaint (ECF No. [12]) is **GRANTED.** The Court directs the Clerk of Court to redock the proposed amended complaint (ECF No. [12-1]) as an amended complaint in this matter. That document shall serve as operative pleading in this matter. The Clerk of Court should update the docket to reflect the change in operative pleading, consistent with the caption of this Order.

Dated: September 16, 2024        *s/ Dulce J. Foster*
                                 DULCE J. FOSTER
                                 United States Magistrate Judge