UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DeLaQuay Williams, | Case No.: 24-cv-2618-KMM/SGE |
| Plaintiff, | |
| v. | **DEFENDANT RAMSEY COUNTY'S MOTION TO DISMISS** |
| Christine Satriano, in her personal and official capacities, | |
| Defendant(s). | |

TO: Pro se plaintiff DeLaQuay Williams, Chisago County Jail, 15230 Per Road, Center City, MN 55012

Ramsey County hereby moves the Court for an Order dismissing Plaintiff's claims in their entirety and with prejudice solely as to defendant Christine Satriano, in her official capacity.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and is based upon all files, records, and proceedings, including Ramsey County's Memorandum of Law.

|  | **JOHN J. CHOI**<br>**RAMSEY COUNTY ATTORNEY** |
|---|---|
| Dated: October 8, 2024 | By:   */s/ Brett Bacon*<br>    Brett Bacon (#0400776)<br>Kristine Nogosek (#0304803)<br>Assistant Ramsey County Attorney<br>360 Wabasha St. N., Suite 100<br>Saint Paul, MN 55102<br>651-266-3211 (Bacon)<br>651-266-3230 (Nogosek)<br>brett.bacon@co.ramsey.mn.us<br>kristine.nogosek@co.ramsey.mn.us<br>***Attorneys for Ramsey County*** |