UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DeLaQuay Williams, | Case No.: 24-cv-2618-KMM/SGE |
| Plaintiff, | |
| v. | **DECLARATION OF BRETT BACON** |
| Christine Satriano, in her personal and official capacities, | |
| Defendant(s). | |

STATE OF MINNESOTA   )
                     )ss
COUNTY OF RAMSEY     )

I, BRETT BACON, first being duly sworn on oath, states as follows:

1. I am an Assistant Ramsey County Attorney duly licensed to practice law before this Court. I represent Ramsey County in this case, solely to the extent that Plaintiff has brought this action against Christine Satriano in her official capacity. This Declaration is submitted in support of Ramsey County's Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of the docket of Plaintiff's ongoing criminal case (Docket 62-CR-22-1260) in the Minnesota District Court in Ramsey County, a motion in that case filed by the Ramsey County Attorney's office that indicates the day that Plaintiff was arrested and that he has been charged with two counts of Murder in the Second Degree, and a printout of the Chisago County jail roster showing that Plaintiff is currently being detained there.

3. Attached hereto as Exhibit 2 is a true and correct copy of a transcript filed in criminal proceedings against Christine Satriano (Docket 62-CR-22-4113) in the Minnesota District Court in Ramsey County at Index #50 reflecting the proceeding at which Ms. Satriano entered her guilty plea to charges of aiding and abetting a felon.

4. Attached hereto as Exhibit 3 is a true and correct copy of the docket in Ms. Satriano's ongoing criminal case (Docket 62-CR-22-4113) in the Minnesota District Court in Ramsey County.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and executed pursuant to 28 U.S.C. § 1746.

Dated: October 8, 2024                                       */s/Brett Bacon*
                                                             Brett Bacon