# EXHIBIT A

**MINNESOTA
JUDICIAL BRANCH**

**MINNESOTA COURT RECORDS ONLINE (MCRO)**

---

## Case Details (Register of Actions)

Search executed on 10/04/2024 09:10 AM

---

**Upcoming Hearing:**

Hearing on **12/13/2024** at **11:00 AM**

---

### Case Information

**Case Number:** 62-CR-22-1260

**Case Title:** State of Minnesota vs Delaquay Levius Williams

**Case Type:** Crim/Traf Mandatory

**Date Filed:** 03/08/2022

**Case Location:** Ramsey County, Ramsey Criminal Downtown

**Judicial Officer:** Bartscher, Joy D.

**Case Status:** Open

---

### Party Information

**Jurisdiction**
State of Minnesota

**Attorneys Active**
- **LAMIN, ELIZABETH - Lead Attorney**
- MEEHAN, KELLY LYNN

**Attorneys Inactive**
- Ramsey County Attorney Office

**Defendant**
WILLIAMS, DELAQUAY LEVIUS

DOB: 05/19/1994

ST PAUL, MN 55130

**Attorneys Active**
- **GOLDFINE, ADAM LOREN - Lead Attorney**
- GRIGSBY, STEPHEN VINCENT

**Attorneys Inactive**
- FINNERAN, CAROLE MARIE
- IVERSEN, CONNIE SUE
- KUJAWA, ADAM
- RIEMER, JOHN A
- RUUD, CHRISTIAN MICHAEL

---

### Charges

1.  Murder - 2nd Degree - With Intent-Not Premeditated    **Statute:** 609.19.1(1)

    **Additional Statutes:** Dangerous Offenders-Increased Penalties-3rd Violent Crime (609.1095.2); Dangerous Offenders-Mandatory Sentence-3rd Violent Crime (609.1095.3)

    **Level of Charge:** Felony

    **Offense Date:** 03/03/2022

    **Community Of Offense:** St. Paul

    **Law Enforcement Agency:** St. Paul Police Department

    **Prosecuting Agency:** Ramsey County Attorney

---

Open all downloaded PDFs in Acrobat by setting the app as default PDF viewer in Chrome    Turn on

## Interim Conditions

03/08/2022     Interim conditions for WILLIAMS, DELAQUAY LEVIUS
Judicial Officer: Gordon, Andrew

- Post Bail or Bond with No Condition
  $2,000,000.00

## Case Assignments

### Current Case Assignment

Judicial Assignment: Bartscher, Joy D.
Date of Assignment: 06/17/2022

### Prior Case Assignments

Judicial Assignment: Gordon, Andrew
Date of Assignment: 06/03/2022
Reassignment Reason: Reassigned

Date of Assignment: 03/08/2022
Reassignment Reason: Initial Assignment

## Case Events

| Date | Description | | Pages |
|---|---|---|---|
| 05/29/2024 | Request for Continuance<br>Index #41 | 📄 | 2 pages |
| 05/24/2024 | Notice of Appearance<br>Index #40 | 📄 | 1 page |
| 04/04/2024 | Affidavit of Service<br>Index #39 | 📄 | 2 pages |
| 04/04/2024 | ExParte Motion<br>Party: Defendant WILLIAMS, DELAQUAY LEVIUS<br>Index #38 | 📄 | 1 page |
| 03/25/2024 | ExParte Motion<br>Party: Defendant WILLIAMS, DELAQUAY LEVIUS<br>Index #37 | 📄 | 3 pages |
| 12/04/2023 | Notice of Appearance<br>Index #36 | 📄 | 1 page |
| 03/16/2023 | Notice of Appearance<br>Index #35 | 📄 | 1 page |
| 03/07/2023 | Notice of Remote Hearing with Instructions<br>Index #33 | 📄 | 2 pages |
| 03/06/2023 | Pre-Trial Order<br>Judicial Officer: Bartscher, Joy D.<br>Index #34 | 📄 | 3 pages |
| 03/03/2023 | Notice of Appearance | | |

Index #32

1 page

| 03/03/2023 | Court Clerk Minutes Index #31 | 1 page |

| 03/03/2023 | Hearing Held Hybrid | |

| 12/13/2022 | Notice of Appearance Index #30 | 1 page |

| 07/21/2022 | To Department of Corrections to Return | |

| 07/06/2022 | Notice of Appearance Index #29 | |

| 06/28/2022 | Notice of Appearance Index #28 | 1 page |

| 06/17/2022 | Notice of Case Assignment Index #27 | 1 page |

| 06/17/2022 | Notice of Filing of Order Index #26 | 1 page |

| 06/17/2022 | Order-Other Judicial Officer: Castro, Leonardo Index #24 | 1 page |

| 06/10/2022 | Order to Remove Judicial Officer: Gordon, Andrew Party: Attorney LAMIN, ELIZABETH Index #23 | 1 page |

| 06/07/2022 | Notice to Remove Judicial Officer Judicial Officer: Gordon, Andrew Party: Attorney LAMIN, ELIZABETH Index #22 | 1 page |

| 06/03/2022 | Notice of Filing of Order Index #21 | 1 page |

| 06/03/2022 | Order-Other Judicial Officer: Castro, Leonardo Index #20 | 1 page |

| 06/03/2022 | Notice of Case Assignment Index #19 | 1 page |

| 06/02/2022 | Probable Cause Found | |

| 06/02/2022 | Court Clerk Minutes Index #18 | 1 page |

| 06/02/2022 | Hearing Held Using Remote Technology | |

| 05/23/2022 | Notice of Remote Hearing with Instructions | |

Index #17      *2 pages*

| | | |
|---|---|---|
| 05/06/2022 | Hearing Held Using Remote Technology<br>Remote Party: Attorney IVERSEN, CONNIE SUE;<br>Attorney LAMIN, ELIZABETH;  Jurisdiction State of Minnesota;<br>Defendant WILLIAMS, DELAQUAY LEVIUS | |
| 05/06/2022 | Notice of Remote Hearing with Instructions<br>Index #16 | |
| 05/06/2022 | Court Clerk Minutes<br>Index #15 | *1 page* |
| 04/08/2022 | Order-Other<br>Judicial Officer: Yang, Paul<br>Index #14 | *1 page* |
| 04/06/2022 | Notice of Remote Hearing with Instructions<br>Index #13 | *2 pages* |
| 04/06/2022 | Court Clerk Minutes<br>Index #12 | *1 page* |
| 04/06/2022 | Hearing Held Using Remote Technology | |
| 03/23/2022 | Proposed Order or Document<br>Index #11 | *1 page* |
| 03/23/2022 | Other Document<br>Index #10 | *3 pages* |
| 03/14/2022 | Demand or Request for Discovery<br>Index #9 | *3 pages* |
| 03/09/2022 | Hearing Held Using Remote Technology | |
| 03/09/2022 | Notice of Remote Hearing with Instructions<br>Index #8 | *2 pages* |
| 03/09/2022 | Court Clerk Minutes<br>Index #7 | *1 page* |
| 03/09/2022 | Order Granting Public Defender<br>Judicial Officer: Warner, Teresa R.<br>Index #6 | |
| 03/09/2022 | Application for Public Defender<br>Index #5 | |
| 03/09/2022 | Pretrial Release Evaluation Form<br>Index #4 | |
| 03/08/2022 | Order-Other<br>Judicial Officer: Gordon, Andrew<br>Index #3 | *1 page* |

| | | |
|---|---|---|
| 03/08/2022 | Motion<br>Party: Attorney Ramsey County Attorney Office<br>Index #2 | 2 pages |
| 03/08/2022 | E-filed Comp-Order for Detention In Custody<br>Index #1 | 8 pages |

## Hearings

### Upcoming Hearings

| 12/13/2024 | 11:00 AM | Hearing<br>Judicial Officer: Bartscher, Joy D.; Judicial Team 2, Ramsey<br>Location: 130 Courthouse |
|---|---|---|
| | | Date Updated: 05/24/2024<br>Reset by Court to 12/13/2024 11:00 AM - Other |
| | | Original Hearing Date: 05/31/2024 09:00 AM |

### Previous Hearings

| 12/11/2023 | 09:00 AM | Jury Trial<br>Judicial Officer: Bartscher, Joy D.; Judicial Team 3, Ramsey<br>Location: 130 Courthouse<br>Cancelled; Other |
|---|---|---|
| 11/20/2023 | 09:00 AM | Jury Trial<br>Judicial Officer: Bartscher, Joy D.<br>Location: 1140 Courthouse<br>Cancelled; Other |
| | | Date Updated: 05/11/2023<br>Reset by Court to 11/20/2023 09:00 AM - Other |
| | | Date Updated: 03/07/2023<br>Reset by Court to 11/20/2023 09:00 AM - Other |
| | | Date Updated: 03/03/2023<br>Reset by Court to 12/11/2023 09:00 AM - Other |
| | | Original Hearing Date: 12/11/2023 09:00 AM |
| 04/10/2023 | 09:00 AM | Jury Trial<br>Judicial Officer: Bartscher, Joy D.<br>Location: 1080 Courthouse<br>Cancelled; Other |
| 03/03/2023 | 01:30 PM | Pre-trial      **Result:** Held On the Record<br>Judicial Officer: Bartscher, Joy D.<br>Location: 1140 Courthouse |
| | | Date Updated: 12/13/2022<br>Reset by Court to 03/03/2023 01:30 PM - Other |
| | | Original Hearing Date: 12/16/2022 01:30 PM |
| 07/06/2022 | 01:30 PM | Scheduling Conference<br>Judicial Officer: Bartscher, Joy D.<br>Location: 130 Courthouse<br>Cancelled; Other |
| 06/02/2022 | 03:00 PM | Omnibus Hearing      **Result:** Held On the Record<br>Judicial Officer: Carey, Timothy |
| | | Date Updated: 05/23/2022<br>Reset by Court to 06/02/2022 03:00 PM - Other |

Original Hearing Date: 05/26/2022 02:00 PM

| | | | |
|---|---|---|---|
| 05/06/2022 | 01:30 PM | Hearing<br>Judicial Officer: Sheu, Edward | **Result:** Held On the Record |
| 04/06/2022 | 01:30 PM | Hearing<br>Judicial Officer: Yang, Paul | **Result:** Held On the Record |
| 03/09/2022 | 09:00 AM | First Appearance<br>Judicial Officer: Warner, Teresa R.<br>Location: LEC Courtroom 102 | **Result:** Held On the Record |

---

**Dispositions**

06/02/2022

Plea

Judicial Officer:  Carey, Timothy

(1)  Murder - 2nd Degree - With Intent-Not Premeditated

**Statute:**  609.19.1(1)

**Level of Charge:**  Felony

**Offense Date:**  03/03/2022

**Not guilty**

Search executed on 10/04/2024 09:10 AM



## Chisago COUNTY SHERIFF



*Expect the Best*

**Sheriff
Brandon Thyen**

*Select your language :*

## *Welcome to the Chisago County Inmate Search*

### Search Tools

| Last Name | First Name | Gender | DOB (yyyy) | | |
|---|---|---|---|---|---|
| | Delaquay | Unkn ⌄ | | Search | Clear |

### Search Results

| Booking# | Name | Age | Sex | Height | Weight |
|---|---|---|---|---|---|
| 2024000757 | Williams,Delaquay | 30 | M | 600 | 175 |

### Inmate Details

**Williams,Delaquay
Hold**

| | | |
|---|---|---|
| **Sex-Age** | M-30 | **Public Safety Center** |
| **Height** | 600 | |
| **Weight** | 175 | **Court Date** |
| **Hair** | BLK | **Court Branch Info** 10th Judicial District Court |
| **Eye** | BRO | |
| **Bail Amount** | $0.00 | |
| **Custody Date** | 07/31/2024 | |
| **Release Date** | | |

*Inmates going through the booking process may have incomplete or missing charge details until the inmate is booked completely.*

| Case# | Charge | Description | Severity | Bail Amt | Type | Court Date | Court Branch Info |
|---|---|---|---|---|---|---|---|
| 13cr24379 | 609.2231.3(2 | Assault-4th Deg-Correction... | F | | | | 10th Judicial District Court |

| Hold Reason | Agency |
|---|---|
| housing for Ramsey county | RAMSEY COUNTY |

### Vision

The Chisago County Sheriff's Office vision is to ensure the quality of life in our community through excellence in public safety. To accomplish this, the Sheriff's Office will build community partnerships, collaborate with other law enforcement agencies, be fiscally responsible, and provide more effective and efficient services.

 HOME

 Contacts

 MNCIS

CANTEEN

FAQ

**Powered by ...**


*Next Generation Public Safety Software*

**Disclaimer**

The Chisago County Sheriff"s Office cannot guarantee that the information on this website is accurate.  Information contained herein should not be relied upon for any type of legal action.  The Chisago County Sheriff"s Office will not be held liable for any claims or damages arising from any use or reliance upon the information contained on this website.  Any inmate that has been booked into the Chisago County Jail does not establish that the individual is guilty of or has been convicted of any crime.  It may be a violation of state law to discriminate against an employee or job applicant because of an arrest record or conviction record.

Filed in District Court
State of Minnesota

Mar 8 2022 11:12 AM

STATE OF MINNESOTA

DISTRICT COURT

COUNTY OF RAMSEY

SECOND JUDICIAL DISTRICT

---------------------------------------------------

D. C. File No.
C. A. File No.  0450331

State of Minnesota,

Plaintiff,

**STATE'S MOTION FOR
EXTENSION OF TIME TO
BRING DEFENDANT
BEFORE A JUDGE**

v.

Delaquay Levius Williams,

Defendant.

---------------------------------------------------

TO:      The Judge of District Court:

**COMES NOW**, the State of Minnesota, by and through its undersigned counsel, and respectfully requests an extension of time to bring the Defendant before a judge after arrest.

1.  The Defendant was arrested at 8:46 p.m. on March 6, 2022, and remains in custody.
2.  The defendant is charged with Murder - 2nd Degree - With Intent-Not Premeditated.
3.  Minn. R. Crim. P. 4.02, subd. 5(1) requires that the Defendant be brought before a judge within 36 hours of the arrest.
4.  The 36-hour time allotment will expire at 12:00 p.m. on March 8, 2022.
5.  The Defendant's case was presented for prosecutorial review and a charging decision was made as expeditiously as possible after Defendant's arrest.
6.  The first available court calendar after Defendant's arrest at which Defendant can be brought before a judge is at 9:00 a.m. on March 9, 2022. This is past the expiration of 36 hours.
7.  Minn. R. Crim. P. 34.02 permits the court to grant an extension for cause.
8.  The requested brief extension is reasonable and necessary under the circumstances.

Respectfully submitted,

Dated:  March 8, 2022                    /s/ Derek Fitch_____
                                        Derek Fitch
                                        Assistant Ramsey County Attorney
                                        345 Wabasha Street North, Suite 120
                                        St. Paul, MN 55102
                                        Telephone: (651) 266-9641



MINNESOTA JUDICIAL BRANCH