**MINNESOTA JUDICIAL BRANCH**

EXHIBIT C

MINNESOTA COURT RECORDS ONLINE (MCRO)

## Case Details (Register of Actions)

Search executed on 10/04/2024 08:34 AM

---

### Upcoming Hearing:
Sentencing on **12/02/2024** at **9:00 AM**

---

### Case Information

- **Case Number:** 62-CR-22-4113
- **Case Title:** State of Minnesota vs Christine Lynn Satriano
- **Case Type:** Crim/Traf Mandatory
- **Date Filed:** 07/22/2022
- **Case Location:** Ramsey County, Ramsey Criminal Downtown
- **Judicial Officer:** Judicial Team 3, Ramsey
- **Case Status:** Open

---

### Party Information

**Jurisdiction**
State of Minnesota

**Attorneys Active**
- LAMIN, ELIZABETH - Lead Attorney

**Defendant**
Satriano, Christine Lynn
DOB: 12/08/1967
Saint Paul, MN 55128

**Attorneys Active**
- MARTINE, XAVIER JOHN - Lead Attorney

**Attorneys Inactive**
- CALDECOTT, ROBERT FREDERICK

---

### Charges

**1** Aiding an Offender - Accomplice After the Fact

**Statute:** 609.495.3

- **Level of Charge:** Felony
- **Offense Dates:** 06/23/2022 - 07/20/2022
- **Community Of Offense:** St. Paul
- **Law Enforcement Agency:** St. Paul Police Department
- **Prosecuting Agency:** Ramsey County Attorney

---

### Interim Conditions

**05/29/2024**   Interim conditions for Satriano, Christine Lynn
Judicial Officer: Sheu, Edward
- No contact with victim(s)
- Release with No Bail, Bond, or Conditions Required (ROR)

|  |  |
|---|---|
|  | Expiration Date: 05/29/2024 |
|  | - Post Bail or Bond with No Conditions $450,000.00 |
|  | - No contact with victim(s) |
|  | - Release with Conditions $0.00 |
|  | - Conditions, other |
| 07/22/2022 | Interim conditions for Satriano, Christine Lynn |
|  | Judicial Officer: Carey, Timothy |
|  | Expiration Date: 11/17/2022 |
|  | - Post Bail or Bond with No Conditions $450,000.00 |
|  | - No contact with victim(s) |
| 07/22/2022 | Interim conditions for Satriano, Christine Lynn |
|  | Judicial Officer: Charles, Kellie |
|  | Expiration Date: 07/22/2022 |
|  | - Post Bail or Bond with No Conditions $500,000.00 |

**Case Events**

| Date | Event | Pages |
|---|---|---|
| 05/29/2024 | Notice of Appearance  Index #63 | 1 page |
| 05/29/2024 | Court Clerk Minutes  Index #62 | 1 page |
| 05/29/2024 | Hearing Held In-Person |  |
| 05/14/2024 | Notice of Remote Hearing with Instructions  Index #60 | 2 pages |
| 05/13/2024 | Correspondence  Index #61 | 2 pages |
| 05/09/2024 | Correspondence for Judicial Approval  Index #59 | 2 pages |
| 04/12/2024 | Substitution of Counsel  Index #58 | 2 pages |
| 12/11/2023 | Notice of Appearance  Index #57 | 1 page |
| 03/23/2023 | Notice of Appearance  Index #56 | 1 page |
| 03/22/2023 | Proposed No Contact Order  Index #55 |  |
| 03/22/2023 | Proposed No Contact Order  Index #54 |  |

| Date | Description | |
|---|---|---|
| 03/22/2023 | Proposed No Contact Order<br>Index #53 | |
| 03/22/2023 | Proposed Order or Document<br>Index #52 | 1 page |
| 03/22/2023 | Presentence Investigation Report<br>Index #51 | |
| 12/02/2022 | Transcript<br>Index #50 | 29 pages |
| 11/17/2022 | CR to PT Agency | |
| 11/17/2022 | Order for Conditional Release<br>Judicial Officer: Sheu, Edward<br>Index #49 | 1 page |
| 11/14/2022 | Correspondence for Judicial Approval<br>Index #48 | 1 page |
| 10/19/2022 | Petition to Enter Guilty Plea<br>Index #46 | 2 pages |
| 10/18/2022 | Order-Presentence Investigation<br>Judicial Officer: Sheu, Edward<br>Index #45 | |
| 10/18/2022 | Notice of Appearance<br>Index #44 | 1 page |
| 10/18/2022 | Court Clerk Minutes<br>Index #43 | 1 page |
| 10/18/2022 | Hearing Held In-Person | |
| 10/12/2022 | Order for Submissions-Under Advisement<br>Judicial Officer: Sheu, Edward<br>Index #42 | |
| 10/12/2022 | Court Clerk Minutes<br>Index #41 | 1 page |
| 10/12/2022 | Hearing Held In-Person | |
| 09/12/2022 | Order Denying Removal of Judicial Officer<br>Judicial Officer: Bartscher, Joy D.<br>Party: Attorney LAMIN, ELIZABETH<br>Index #40 | 1 page |
| 09/08/2022 | Notice to Remove Judicial Officer<br>Judicial Officer: Bartscher, Joy D.<br>Party: Attorney LAMIN, ELIZABETH<br>Index #39 | 1 page |

| Date | Description | Pages |
|---|---|---|
| 09/08/2022 | Scheduling Order<br>Judicial Officer: Yang, Adam<br>Index #36 | 1 page |
| 09/08/2022 | Notice of Appearance<br>Index #35 | 1 page |
| 09/08/2022 | Court Clerk Minutes<br>Index #34 | 1 page |
| 09/08/2022 | Hearing Held In-Person | |
| 09/08/2022 | Demand-Speedy Trial<br>Index #33 | |
| 09/07/2022 | Memorandum<br>Index #38 | 4 pages |
| 09/07/2022 | Notice of Motion and Motion<br>Index #37 | 2 pages |
| 08/29/2022 | Notice of Motion and Motion<br>Index #32 | 2 pages |
| 08/29/2022 | Notice of Evidence and Identification Procedures<br>Index #31 | 1 page |
| 08/24/2022 | Hearing Held In-Person | |
| 08/24/2022 | Order-Other<br>Judicial Officer: Guthmann, John H.<br>Index #30 | 2 pages |
| 08/24/2022 | Notice of Appearance<br>Index #29 | 1 page |
| 08/24/2022 | Court Clerk Minutes<br>Index #28 | 1 page |
| 08/22/2022 | Notice of Appearance<br>Index #27 | 1 page |
| 08/18/2022 | Notice of Filing of Order<br>Index #26 | 1 page |
| 08/18/2022 | Order to Recuse<br>Judicial Officer: Olmstead, Kelly<br>Index #25 | 1 page |
| 08/18/2022 | Notice of Appearance<br>Index #24 | 1 page |
| 08/16/2022 | Proposed Order or Document<br>Judicial Officer: Olmstead, Kelly<br>Index #23 | 2 pages |
| 08/16/2022 | Other Document | |

| Date | Entry | |
|---|---|---|
| | Index #22 | 3 pages |
| 08/12/2022 | Demand-Speedy Trial<br>Index #21 | 1 page |
| 08/11/2022 | Demand or Request for Discovery<br>Index #20 | 6 pages |
| 08/11/2022 | Certificate of Representation<br>Index #19 | 2 pages |
| 08/11/2022 | Certificate of Representation<br>Index #18 | 2 pages |
| 08/03/2022 | Application for Public Defender<br>Index #17 | |
| 08/03/2022 | Hearing Held In-Person | |
| 08/03/2022 | Notice of Appearance<br>Index #16 | 1 page |
| 08/03/2022 | Court Clerk Minutes<br>Index #15 | 1 page |
| 08/03/2022 | Order Denying Public Defender<br>Judicial Officer: Guthmann, John H.<br>Index #14 | |
| 08/03/2022 | Pretrial Release Evaluation Form<br>Index #13 | |
| 07/27/2022 | Application for Public Defender<br>Index #12 | |
| 07/22/2022 | No Contact Order<br>Judicial Officer: Carey, Timothy<br>Index #11 | |
| 07/22/2022 | No Contact Order<br>Judicial Officer: Carey, Timothy<br>Index #10 | |
| 07/22/2022 | No Contact Order<br>Judicial Officer: Carey, Timothy<br>Index #9 | |
| 07/22/2022 | Notice of Appearance<br>Index #8 | 1 page |
| 07/22/2022 | Court Clerk Minutes<br>Index #7 | 1 page |
| 07/22/2022 | Order Denying Public Defender<br>Judicial Officer: Carey, Timothy<br>Index #6 | |

| | | |
|---|---|---|
| 07/22/2022 | Hearing Held In-Person | |
| 07/22/2022 | Pretrial Release Evaluation Form<br>Index #5 | |
| 07/22/2022 | Application for Public Defender<br>Index #4 | |
| 07/22/2022 | Hearing Held In-Person | |
| 07/22/2022 | Court Clerk Minutes<br>Index #3 | 1 page |
| 07/22/2022 | Pretrial Release Evaluation Form<br>Index #2 | |
| 07/22/2022 | E-filed Comp-Order for Detention In Custody<br>Index #1 | Unknown pages |

**Hearings**

**Upcoming Hearings**

| | | |
|---|---|---|
| 12/02/2024   09:00 AM | Sentencing<br>Judicial Officer: Sheu, Edward<br>Location: 130 Courthouse<br><br>Date Updated: 05/30/2024<br>Reset by Court to 12/02/2024 09:00 AM - Other<br><br>Date Updated: 12/11/2023<br>Reset by Court to 06/05/2024 09:00 AM - Other<br><br>Date Updated: 03/23/2023<br>Reset by Court to 12/20/2023 09:00 AM - Other<br><br>Original Hearing Date: 03/29/2023 09:00 AM | |

**Previous Hearings**

| | | |
|---|---|---|
| 05/29/2024   01:30 PM | Review Hearing<br>Judicial Officer: Sheu, Edward<br>Location: Zoom | **Result:** Held On the Record |
| 11/03/2022   10:00 AM | Jury Trial<br>Judicial Officer: Brown, David<br>Location: 1240 Courthouse<br>Cancelled; Settled | |
| 10/18/2022   01:30 PM | Plea Hearing<br>Judicial Officer: Sheu, Edward<br>Location: 840 Courthouse | **Result:** Held On the Record |
| 10/12/2022   01:30 PM | Contested Omnibus<br>Judicial Officer: Sheu, Edward<br>Location: 1440 Courthouse | **Result:** Held On the Record |
| 09/08/2022   01:30 PM | Omnibus Hearing<br>Judicial Officer: Yang, Adam<br>Location: LEC Courtroom 102 | **Result:** Held On the Record |
| 08/24/2022   09:00 AM | First Appearance<br>Judicial Officer: Guthmann, John H.<br>Location: LEC Courtroom 102 | **Result:** Held On the Record |

| | | | |
|---|---|---|---|
| 08/23/2022 | 09:00 AM | First Appearance<br>Judicial Officer: Olmstead, Kelly<br>Location: LEC Courtroom 102<br>Cancelled; Other | |
| 08/03/2022 | 09:00 AM | Hearing<br>Judicial Officer: Guthmann, John H.<br>Location: LEC Courtroom 102 | **Result:** Held On the Record |
| 07/22/2022 | 01:30 PM | First Appearance<br>Judicial Officer: Carey, Timothy<br>Location: LEC Courtroom 102 | **Result:** Held On the Record |
| 07/22/2022 | 09:00 AM | Case Agreement<br>Judicial Officer: Carey, Timothy<br>Location: LEC Courtroom 102 | **Result:** Held On the Record |

### Dispositions

**10/18/2022**

**Amended Plea**
Judicial Officer:   Sheu, Edward
Amended Reason:   Plea agreement

1   Aiding an Offender - Accomplice After the Fact

**Statute:**   609.495.3

**Level of Charge:**   Felony

**Offense Dates:**   06/23/2022 - 07/20/2022

Guilty

**09/08/2022**

**Plea**
Judicial Officer:   Yang, Adam

1   Aiding an Offender - Accomplice After the Fact

**Statute:**   609.495.3

**Level of Charge:**   Felony

**Offense Dates:**   06/23/2022 - 07/20/2022

Not guilty

Search executed on 10/04/2024 08:34 AM