

**OFFICE OF THE RAMSEY COUNTY ATTORNEY**

JOHN J. CHOI, COUNTY ATTORNEY

March 4, 2025

Magistrate Judge Shannon G. Elkins
U.S. District Court - District of MN          *Filed Electronically Under Seal*
316 N. Robert Street
St. Paul, MN 55101

### FILED UNDER SEAL: RESPONSE TO COURT'S REQUEST FOR DEFENDANT SATRIANO'S HOME ADDRESS

Re:    *DeLaQuay Williams v. Christine Satriano*
        Court File No. 24-cv-02618-KMM-SGE

Dear Judge Elkins:

I am writing to you in response to a request from your Law Clerk, Christopher Proczko to disclose Defendant Kristine Satriano's home address to the court so the Marshall Service can achieve service. The County has not yet made a final determination whether to defend and indemnify Ms. Satriano under Minn. Stat. § 466.07, subd. 1. The County will inform the Court when such a decision is made.

Ms. Satriano's home address is:



Please do not hesitate to contact me should you require any additional information or documentation.

Sincerely,

*/s/ Brett Bacon*

Brett Bacon
Assistant Ramsey County Attorney
Direct: 651-266-3211


