DeLaQuay Williams

                              Plaintiff,            Case No. 24-cv-2618 (KMM/SGE)

v.

                                                    **PLAINTIFF'S OPPOSITION TO
                                                    DEFENDANT SATRIANO'S
Christine Satriano, in her personal and             MOTION TO DISMISS**

Official capacities,


                              Defendant.

_____

Plaintiff DeLaQuay Williams hereby opposes the Motion to Dismiss (Docket # 66),

which filed by Defendant Satriano and was served on counsel on October 6, 2025.

Defendant's Motion was not timely and was filed concurrently with an answer to

the complaint. Insofar as the complaint was answered, Plaintiff asserts that Defendant

Satriano has effectively waived a decision on the Motion to Dismiss. *Cf. Radcliffe v.

Securian Fin. Grp., Inc.*, 906 F. Supp. 2d 874, 883 (D. Minn. 2012) (providing that a Rule

12(b)(6) motion cannot be filed after an answer has been submitted) (citing *Westcott v. City

of Omaha*, 901 F.2d 1486, 1488 (8th Cir. 1990)). Defendant Satriano has also failed to

preserve the defense of failure to state a claim in the answer filed. *See id.* Additionally,

Defendant Satriano has not raised any legal basis on which the Complaint should be

dismissed. The Motion states that the Complaint has not stated a claim upon which relief

can be granted, but has not provided any substantive discussion of the deficiency of the claims.

Plaintiff understands that this matter is proceeding to discovery and a Rule 26 conference call is scheduled for October 23, 2025 between the Court and the parties. Plaintiff will seek clarity during the October 23, 2025 call regarding the Court's position on whether further litigation around the Motion to Dismiss, and respectfully reserves his right to submit a memorandum of law in support of this opposition depending on the result of that conversation.

Dated: October 20, 2025

*/s/*    Graham Ojala-Barbour /s/
Graham Ojala-Barbour
Attorney at Law
1100 7th Street West
Saint Paul, MN 55102
(651) 214-6284
graham@ojalabarbour.com
MN Attorney #: 0392397

/s/ Tyler C. Bliss /s/
Tyler Bliss
Attorney at Law
80 South 8th Street, Suite 900
Minneapolis, MN 55402
(651) 789-0192
tyler@tylerblisslaw.com
MN Attorney #: 0391028

**ATTORNEYS FOR PLAINTIFF**