**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DeLaQuay Williams

                Plaintiff,      Case No. 24-cv-2618 (KMM/SGE)

v.

Christine Satriano, in her personal and

Official capacities,

                Defendant.

                **PLAINTIFF'S RESPONSE TO DEFENDANT SATRIANO'S COUNTERCLAIM**

---

Plaintiff DeLaQuay Williams hereby provides this Response and Affirmative Defenses to the Answer and Counterclaim (Docket # 65), filed by Defendant Satriano as follows:

## RESPONSE TO DEFENDANT SATRIANO'S COUNTERCLAIMS

1. Mr. Williams denies the allegation contained in paragraph 1 of the Factual Background.

2. Mr. Williams denies the allegation contained in paragraph 2 of the Factual Background.

3. Mr. Williams denies the allegation contained in paragraph 3 of the Factual Background except that he does acknowledge he wrote to

1

Defendant Satriano. Mr. Williams denies that his writing to her contradicts the information in his complaint.

4. Mr. Williams denies the allegation in paragraph 4 of the Factual Background.

5. Mr. Williams denies the allegation contained in paragraph 5 of the Factual Background.

6. As to Count I of the Legal Defense, Mr. Williams denies that he has made false statements or that his statements constitute defamation or that his statements have harmed Defendant.

7. As to Count II of the Legal Defense, Mr. Williams denies that he has made false accusations or that he has harassed anyone or intended to cause Defendant emotional harm.

8. As to Count III of the Legal Defense, Mr. Williams denies that he has misused the judicial system and that his civil action is frivolous or used for harassment, retaliation or intimidation. Mr. Williams denies that his conduct constitutes abuse of process.

9. As to Count I of the Counterclaims, Mr. Williams denies that he has made false statements or that his statements constitute defamation or that his statements have harmed Defendant.

10. As to Count II of the Counterclaims, Mr. Williams denies that he has made false accusations or that he has harassed anyone or intended to cause Defendant emotional harm.

11. As to Count III of the Counterclaims, Mr. Williams denies that he has misused the judicial system and that his civil action is frivolous or used for harassment, retaliation or intimidation. Mr. Williams denies that his conduct constitutes abuse of process.

12. As to Defendant Satriano's assertion regarding Damages, Mr. Williams denies that his conduct has caused any of the claimed damages to Defendant.

## **AFFIRMATIVE DEFENSES**

As further, separate and affirmative defenses, without assuming the burden of proof of any such defense that rests with Defendant Satriano, Mr. Williams states as follows:

### **FIRST AFFIRMATIVE DEFENSE**
### **(Failure to State a Claim)**

The Counterclaim fails to state a claim upon which relief may be granted. The Counterclaim also fails to state a claim for the reasons stated in Mr. Williams' Complaint.

## SECOND AFFIRMATIVE DEFENSE
### (Lack of Damages)

Defendant Satriano has not suffered any damages as a result of any actions taken by Mr. Williams.

Mr. Williams also respectfully reserves the right to supplement or amend this reply to Defendant Satriano's Counterclaims and add additional defenses, including affirmative defenses, which may be discovered or become relevant in the future.

Respectfully submitted,

Dated: <u>October 24, 2025</u>

*/s/*    Graham Ojala-Barbour  */s/*
Graham Ojala-Barbour
Attorney at Law
1100 7th Street West
Saint Paul, MN 55102
(651) 214-6284
graham@ojalabarbour.com
MN Attorney #: 0392397

/s/ Tyler Bliss /s/
Tyler Bliss
Attorney at Law
80 South 8th Street, Suite 900
Minneapolis, MN 55402
(651) 789-0192
tyler@tylerblisslaw.com
MN Attorney #: 0391028

**ATTORNEYS FOR PLAINTIFF**

4