**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DeLaQuay Williams,

                  Plaintiff,

v.

Christine Satriano, et al.,

                  Defendants.

Court File No.: 0:24-cv-2618 (KMM/SGE)

**ORDER TO AMEND**
**SCHEDULING ORDER**

This matter came before the Court on the parties' stipulation to amend the pretrial scheduling orders (Dkt. 73). Based on the parties' stipulation and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the deadlines are amended as follows:

1. Completion of all written discovery that is reasonably discoverable at the time of disclosure is to be completed on or before May 4, 2026.

2. Completion of all fact depositions must be completed on or before October 5, 2026.

3. All non-dispositive motions and supporting documents, including those that relate to fact discovery, shall be filed and served on or before December 1, 2026.

4. All dispositive motions must be served and filed on or before March 29, 2027.

5. On or before June 1, 2026 and August 31, 2026, counsel for each party shall submit confidential letters to the Court setting forth with reasonable specificity the status of the case; the relative strengths and weaknesses of each party's position; and update of

efforts towards settlement; the last settlement positions of the parties; whether a settlement conference with a private mediator or the court would be productive; and a litigation budget.

6.    All other deadlines and instructions found in the pretrial scheduling orders (Dkt. 73) remain in full force and effect.

Dated: February 23, 2026                              *s/Shannon G. Elkins*

SHANNON G. ELKINS
United States Magistrate Judge