**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

DeLaQuay Williams,                                    No. 24-cv-2618 (KMM/SGE)

      Plaintiff,

v.                                                                          **ORDER**

Christine Satriano, *in her individual and
official capacity*, et al.,

      Defendants.

In a Report and Recommendation ("R&R") dated February 23, 2026, United States Magistrate Judge Shannon G. Elkins recommends that Defendant Christine Satriano's Motion to Dismiss Plaintiff DeLaQuay Williams's Amended Complaint be granted in part and denied in part. (Dkt. 82.) Judge Elkins concluded that the Motion to Dismiss should be granted as to Williams's claim of negligent infliction of emotional distress against Ms. Satriano, but otherwise that the Motion should be denied. (*Id.* at 6–7.)

Neither party objected to the R&R within the 14-day period provided, *see* D. Minn. LR 72.2(b)(1), nor in the additional three weeks that have since followed. Therefore, the Court reviews the matter for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). The Court finds no error and adopts the R&R.

Based on the above, and on the full record before the Court, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Dkt. 82) is **ACCEPTED**.

2. Defendant Christine Satriano's Motion to Dismiss (Dkt. 66) is **GRANTED in part** and **DENIED in part**.

3. The Amended Complaint's (Dkt. 56) claim for negligent infliction of emotional distress against Ms. Satriano is **DISMISSED**.


Date: March 31, 2026

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge